Certificate Number: 03088-PAE-DE-037051816

Bankruptcy Case Number: 22-13081



03088-PAE-DE-037051816

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2022, at 11:34 o'clock AM CST, Mary Ann L Reyta completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 19, 2022

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor